■ RONALD DAVIDSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 111164.) [842 NYS2d 352]—Appeal from an order of the Court of Claims (Renée Forgensi Minarik, J.), entered May 2, 2006. The order, among other things, denied defendant's cross motion to dismiss the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Lunn, Fahey and Peradotto, JJ.